In the Matter of the Appraisal of the Property of the Estate of James L. Blodgett, Deceased, under the Acts in Relation to Taxable Transfers of Property. Comptroller of the State of New York, Appellant; George M. Blackmer and Franc

B. Blackmer, as Administrators, etc., of James L. Blodgett, Deceased, Respondents.
— Order affirmed, with ten dollars costs and disbursements. All concurred.

New York Central and Hudson River Railroad Company, Appellant, v. Ida G.
Wheaton and The American Surety Company of New York, N. Y., Respondents.
— Order affirmed, with costs. All concurred.